1  FREUND & BRACKEY LLP
   Thomas A. Brackey II (SBN 162279)
2        TBrackey@FreundandBrackey.com
   Craig A. Huber (SBN 159763)
3        CAHuber@FreundandBrackey.com
   Derek S. Lemkin (SBN 238462)
4        DLemkin@FreundandBrackey.com
   427 North Camden Drive
5  Beverly Hills, CA  90210
   Tel: 310-247-2165
6  Fax: 310-247-2190

7  Attorneys for Plaintiffs,
       SUBLIME and FLOYD GAUGH IV
8
                **UNITED STATES DISTRICT COURT**
9
             **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10
                        **EASTERN DIVISION**
11

| | |
|---|---|
| 12  SUBLIME, a California General Partnership and FLOYD GAUGH IV, an individual, | Case No. CV 06-06059 SGL (CTx) |
| 14 | |
| 15       Plaintiffs, | **JUDGMENT** |
| 17       vs. | |
| 19  SUBLIME REMEMBERED, an entity of unknown designation; MIKE HOULIHAN, p/k/a/ Q-Ball, an individual; TAWNEE HOULIHAN, an individual; MATT MYERS, an individual, JOHN KING, an individual; and DOES 1 through 10 inclusive, | |
| 24       Defendants. | |
| 26  _____ | |

IT IS HEREBY ADJUDGED, DECREED AND ORDERED AS FOLLOWS:

1. The Court enters Judgment in favor of Plaintiffs Sublime and Floyd Gaugh IV and against Defendants Sublime Remembered, Mike Houlihan, Tawnee Houlihan and John King as follows:

    (a) For damages in the amount of Sixty-Four Thousand, Nine Hundred Dollars ($64,900.00); and

    (b) For Plaintiffs' costs according to proof..

2. The Court hereby retains jurisdiction to enforce the Stipulated Permanent Injunction ordered on December 19, 2006.

Dated: _____June 04, 2009_____  
                                          HON. STEPHEN G. LARSON,  
                                          U.S. District Judge