UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

○

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-6059 CAS (CWx) | Date | May 7, 2013 |
|---|---|---|---|
| Title | SUBLIME, ET AL. V. SUBLIME REMEMBERED, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS); ORDER GRANTING REQUEST TO CROSS-EXAMINE DEFENDANT MIKE HOULIHAN (Docket #136, filed April 30, 2013)


On April 30, 2013, plaintiff filed a request to cross-examine defendant Mike Houlihan at the hearing – currently scheduled for May 13, 2013 – regarding the Court's order to show cause re: contempt.  Dkt. #131.  Pursuant to Local Rule 7-8, this request is GRANTED, because defendant Mike Houlihan has offered a declaration in connection the hearing.  If defendant Mike Houlihan is not available for cross-examination during the hearing, his declaration shall not be considered by the Court.  See L.R. 7-8 ("No declaration of a declarant with respect to whom such a request has been granted shall be considered unless such declarant is personally present and available at the hearing for such cross-examination as the Court may permit.").


IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |